UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                                             Case No. 15-41944

    Nancy K Henschel

        Debtor(s)

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 12/11/2015.

2) The plan was confirmed on 03/11/2016.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 09/30/2016, 06/01/2018.

5) The case was converted on 09/17/2018.

6) Number of months from filing to last payment: 0.

7) Number of months case was pending: 33.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $1,556.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $11,532.19 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $11,532.19

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $3,994.54 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $597.53 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $4,592.07

Attorney fees paid and disclosed by debtor: $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ACCOUNT RECOVERY SPECIALISTS | Unsecured | 438.00 | 438.00 | 438.00 | 0.00 | 0.00 |
| COMPLETE CREDIT SOLUTIONS INC | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| DIRECTV | Unsecured | NA | 256.36 | 256.36 | 0.00 | 0.00 |
| EXETER FINANCE CORP | Unsecured | NA | 5,759.87 | 5,759.87 | 0.00 | 0.00 |
| EXETER FINANCE CORP | Secured | 9,675.00 | 9,675.00 | 9,675.00 | 5,977.90 | 962.22 |
| ILLINOIS DEPT OF EMPLOYMENT SE | Unsecured | 3,000.00 | 4,452.00 | 4,452.00 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 400.00 | 451.67 | 451.67 | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | NA | 11,777.88 | 11,777.88 | 0.00 | 0.00 |
| NAVIENT SOLUTIONS INC | Unsecured | NA | 18,929.16 | 18,929.16 | 0.00 | 0.00 |
| NAVIENT SOLUTIONS INC | Unsecured | NA | 9,047.15 | 9,047.15 | 0.00 | 0.00 |
| NAVIENT SOLUTIONS INC | Unsecured | 53,434.00 | 31,678.70 | 31,678.70 | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 425.00 | 424.20 | 424.20 | 0.00 | 0.00 |
| ACADEMIC ENDOCRINE METABOLIS | Unsecured | 140.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS STATE TOLL HWY AUTHOR | Unsecured | 283.00 | NA | NA | 0.00 | 0.00 |
| LAKEVIEW NEUROSURGERY | Unsecured | 668.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL CENTER OF PLANO | Unsecured | 44.00 | NA | NA | 0.00 | 0.00 |
| MR SPINE | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| BRIARBROOK APARTMENT HOMES | Unsecured | 3,000.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE | Unsecured | 1,321.00 | NA | NA | 0.00 | 0.00 |
| CASTLEPAYDAY.COM | Unsecured | 825.00 | NA | NA | 0.00 | 0.00 |
| CATHERINE COURTS CONDOMINIUM | Unsecured | 1,205.00 | NA | NA | 0.00 | 0.00 |
| CHASE BANK | Unsecured | 750.00 | NA | NA | 0.00 | 0.00 |
| CITY OF GARLAND UTILITIES | Unsecured | 15.00 | NA | NA | 0.00 | 0.00 |
| COMCAST CHICAGO SECONDS 2000 | Unsecured | 125.00 | NA | NA | 0.00 | 0.00 |
| CREDIT COLLECTION SERVICES | Unsecured | 236.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS COLLECTION | Unsecured | 236.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| DR LUIS MAGNUCCI | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| FIDELITY INFO | Unsecured | 1,147.00 | NA | NA | 0.00 | 0.00 |
| GOOD SAMARITAN HOSPITAL | Unsecured | 569.00 | NA | NA | 0.00 | 0.00 |
| HUNTER WARFIELD | Unsecured | 2,910.00 | NA | NA | 0.00 | 0.00 |
| SONIC PAYDAY | Unsecured | 895.00 | NA | NA | 0.00 | 0.00 |
| SPRINGLEAF FINANCIAL | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| TCF NATIONAL BANK | Unsecured | 103.00 | NA | NA | 0.00 | 0.00 |
| TEXAS RADIOLOGY ASSOCIATES | Unsecured | 15.00 | NA | NA | 0.00 | 0.00 |
| TRIBUTE | Unsecured | 605.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO BANK | Unsecured | 147.00 | NA | NA | 0.00 | 0.00 |
| QUEST DIAGNOSTICS | Unsecured | 42.00 | NA | NA | 0.00 | 0.00 |
| UNITED STUDENT AID FUNDS | Unsecured | NA | 30,988.04 | 30,988.04 | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $9,675.00 | $5,977.90 | $962.22 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$9,675.00** | **$5,977.90** | **$962.22** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$114,203.03** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,592.07 |
| Disbursements to Creditors | $6,940.12 |
| **TOTAL DISBURSEMENTS :** | **$11,532.19** |

**UST Form 101-13-FR-S (9/1/2009)**

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 09/21/2018     By: /s/ Glenn Stearns
                                    Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**